IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Murphy, Betty F

Printed:  9/23/08

Case Number:  05 B 22611
Judge:  Goldgar, A. Benjamin
Filed:  6/7/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 24, 2007
Confirmed: July 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 65,291.00 |  |
| Secured: |  | 62,029.09 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 3,253.90 |
| Other Funds: |  | 8.01 |
| Totals: | 65,291.00 | 65,291.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nicor Gas | Secured | 0.00 | 0.00 |
| 2. | Silverleaf Resorts Inc | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 28,161.08 | 27,549.09 |
| 4. | American General Finance | Secured | 2,750.00 | 2,750.00 |
| 5. | Mortgage Electronic Registration Sys | Secured | 23,475.00 | 22,959.62 |
| 6. | First National Bank | Secured | 4,664.00 | 4,561.60 |
| 7. | Select Portfolio Servicing | Secured | 10,975.20 | 275.79 |
| 8. | First National Bank | Secured | 2,350.00 | 802.46 |
| 9. | American General Finance | Secured | 1,679.89 | 1,374.57 |
| 10. | Mortgage Electronic Registration Sys | Secured | 26,870.63 | 1,298.72 |
| 11. | Cook County Treasurer | Secured | 1,339.00 | 457.24 |
| 12. | Cook County Treasurer | Unsecured | 3,145.05 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 370.68 | 0.00 |
| 14. | Ford Motor Credit Corporation | Unsecured | 7,789.82 | 0.00 |
| 15. | Nicor Gas | Unsecured | 6,733.68 | 0.00 |
| 16. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 120,304.03 | $ 62,029.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 206.04 |
| 5.5% | 1,323.25 |
| 5% | 343.68 |
| 4.8% | 824.89 |
| 5.4% | 556.04 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Murphy, Betty F

Printed:  9/23/08

Case Number:  05 B 22611
Judge:  Goldgar, A. Benjamin
Filed:  6/7/05

_____
$ 3,253.90

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

